**GIBSON, DUNN & CRUTCHER LLP**
Matthew J. Williams
Mitchell A. Karlan
Alan Moskowitz
Dylan S. Cassidy
200 Park Avenue
New York, NY 10166
(212) 351-4000 (Tel)
(212) 351-4035 (Fax)

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PT DELTA MERLIN DUNIA TEXTILE, *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 19-13214<br><br>(Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

Duke Amponsah certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, *Counsel to the Foreign Representative.*

2. On October 10, 2019 I caused true and correct copies of the following documents to be served on the parties listed in Exhibit A via manner indicated:

---

[1] The Foreign Debtors in these chapter 15 cases are the following entities: (i) PT Delta Merlin Dunia Textile, whose address is Jl Solo - Sragen Km 14, Desa Pulosari, Kec Kebakkramat, Karanganyar, Central Java, (ii) PT Delta Dunia Tekstil, whose address is Jl Raya Solo - Sragen KM 10.8, Desa Kaling, Kec Tasikmadu, Karanganyar, Central Java, (iii) PT Dunia Setia Sandang Asli Tekstil, whose address is Jl Raya Palur Km 7.1, Desa Dagen, Kec Jaten, Karanganyar, Central Java, (iv) PT Delta Merlin Sandang Tekstil, whose address is Jl Raya Timur Km 10, Kel Bumiaji, Kec Gondang, Sragen, Central Java, (v) PT Delta Dunia Sandang Tekstil, whose address is Jl Raya Semarang - Demak Km 14, Desa Tambakroto, Kec Sayung, Demak, Central Java, (vi) PT Perusahaan Dagang dan Perindustrian Damai, whose address is Jl Simongan No 100, Kel Ngemplak Simongan, Kec Semarang Barat, Semarang, Central Java, and (vii) Mr. Sumitro, whose address is Tegalharjo, RT.004/RW.004, Kelurahan Tegalharjo, Kecamatan Jebres, Kota Surakarta, Jawa Tengah, Indonesia.

1

## VIA HAND DELIVERY

- Supplement to Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding **[Docket No. 13]**
- Supplement to the Declaration of Foreign Representative in Support of Verified Chapter 15 Petition and Motion for Provisional Relief **[Docket No. 14]**
- Supplement to Emergency Motion for Provisional Relief **[Docket No. 15]**

## VIA OVERNIGHT MAIL

- Agenda of Matters Scheduled for Hearing on October 11, 2019 at 1:30 P.M. **[Docket No. 16]**

I certify under penalty of perjury that the foregoing is true and correct.

_____
Duke Amponsah

Sworn to before me this
11th day of October 2019

_____

ANGEL ARIAS
Notary Public, State of New York
No. 01AR5040048
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 6, 20_23_

# **EXHIBIT A**

Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004


Greg Zipes and Linda Rifkin
The Office of the United States Trustee Southern District of New York
201 Varick Street Room 1006
New York, NY 10014